In the Matter of the Claim of MARY BAUER, Respondent, against THE CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board noticed on March 18, 1937. On August 7, 1936, the decedent was engaged in his regular occupation sweeping the floor of the employer's passenger terminal. He fell, striking his head on the brick floor, and received a fracture of the skull, which caused his death. The accident was unwitnessed. A co-worker saw the decedent's head strike the floor, but could not tell whether he slipped or fell backward from other causes. There was some evidence that the decedent had not felt well at an earlier time during the working period, but the nature or extent of the illness was not disclosed. At the time of decedent's falling, he was actually engaged in his work, and there was no proof that the decedent fell from any cause within himself. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of JOSEPH HEFFRON, Respondent, against THE WITTEMANN CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and insurance carrier. The only questions presented are, *first*, whether the evidence justified the conclusion that claimant sustained an 86.67 per cent loss of vision; *second*, whether the carrier was prejudiced by the conduct of the hearings. The claim was originally contested on additional grounds but these were dropped. The record disclosed that the claimant wore glasses before the accident but that he never had any trouble with his eyes other than that they required a change of glasses every three or four years. There was no detachment of the retina before the accident. The evidence is very full to the effect that the accident resulted in the lowered vision. The evidence amply supports the award, and no error requiring reversal was committed in the hearings. Award unanimous'y affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.